## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Village Bank, on behalf of itself and all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>Caribou Coffee Company, Inc., Bruegger's Enterprises, Inc., Einstein & Noah Corp., and Einstein Noah Restaurant Group, Inc.<br><br>　　　　　　　　　　Defendants. | Case No. 0:19-cv-01640-JNE-HB<br><br>**NOTICE OF HEARING ON PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

PLEASE TAKE NOTICE that Plaintiff will move this Court on December 1, 2020 at 9:30 a.m. in Courtroom 12W before the Honorable Joan N. Ericksen, United States District Judge, Diana E. Murphy United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55416, for an Order granting its Unopposed Motion for Final Approval of Class Action Settlement.

Dated:  October 30, 2020　　　　　**CHESTNUT CAMBRONNE PA**

　　　　　　　　　　　　　　　　By */s/ Bryan L. Bleichner*
　　　　　　　　　　　　　　　　　　Karl L. Cambronne (#14321)
　　　　　　　　　　　　　　　　　　Bryan L. Bleichner (#0326689)
　　　　　　　　　　　　　　　　　　Jeffrey D. Bores (#227699)
　　　　　　　　　　　　　　　　　　100 Washington Avenue South, Suite 1700
　　　　　　　　　　　　　　　　　　Minneapolis, MN  55401
　　　　　　　　　　　　　　　　　　Telephone:  (612) 339-7300
　　　　　　　　　　　　　　　　　　kcambronne@chestnutcambronne.com
　　　　　　　　　　　　　　　　　　bbleichner@chestnutcambronne.com
　　　　　　　　　　　　　　　　　　jbores@chestnutcambronne.com

Karen Hanson Riebel
Kate M. Baxter-Kauf
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Ave. S., Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
khriebel@locklaw.com
kmbaxter-kauf@locklaw.com

Brian C. Gudmundson, (#336695)
Michael J. Laird (#0398436)
**ZIMMERMAN REED LLP**
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
brian.gudmundson@zimmreed.com
michael.laird@zimmreed.com

Gary F. Lynch
**CARLSON LYNCH LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Direct: 412.253.6307
Office: 412.322.9243
glynch@carlsonlynch.com

Arthur M. Murray
Caroline T. White
**MURRAY LAW FIRM**
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
Telephone: (504) 593-6473
amurray@murray-lawfirm.com
cthomas@murray-lawfirm.com

Joseph P. Guglielmo
Erin G. Comite
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
jguglielmo@scott-scott.com
ecomite@scott-scott.com

**ATTORNEYS FOR PLAINTIFF**

2