# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Village Bank, on behalf of itself and all others similarly situated,<br><br>                       Plaintiff,<br>v.<br><br>Caribou Coffee Company, Inc., Bruegger's Enterprises, Inc., Einstein & Noah Corp., and Einstein Noah Restaurant Group, Inc.<br><br>                       Defendants. | Case No. 0:19-cv-01640-JNE-HB<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

      Plaintiff, by and through Settlement Class Counsel, respectfully moves this Court for an Order for Final Approval of Class Action Settlement.

      The Court's Order from July 24, 2020 (Dkt. No. 51) granted, among other things, preliminary approval of the settlement, conditionally certified a Settlement Class, appointed a Settlement Class Representative and Settlement Class Counsel, approved Notice to the Settlement Class, and ordered Notice be disseminated according to the proposed Notice Plan.

      This motion is based upon the Declaration of Bryan L. Bleichner in Support of Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement, the Declaration of Kari Schmidt in Support of Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement, Memorandum in Support of Plaintiff's Unopposed

Motion for Final Approval of Class Action Settlement, and upon all files, records, and proceedings in this matter.

Dated: October 30, 2020            **CHESTNUT CAMBRONNE PA**

    By */s/ Bryan L. Bleichner*
        Karl L. Cambronne (#14321)
        Bryan L. Bleichner (#0326689)
        Jeffrey D. Bores (#227699)
        100 Washington Avenue South, Suite 1700
        Minneapolis, MN 55401
        Telephone: (612) 339-7300
        kcambronne@chestnutcambronne.com
        bbleichner@chestnutcambronne.com
        jbores@chestnutcambronne.com

    Karen Hanson Riebel
    Kate M. Baxter-Kauf
    **LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
    100 Washington Ave. S., Suite 2200
    Minneapolis, MN 55401
    Telephone: (612) 339-6900
    khriebel@locklaw.com
    kmbaxter-kauf@locklaw.com

    Brian C. Gudmundson, (#336695)
    Michael J. Laird (#0398436)
    **ZIMMERMAN REED LLP**
    1100 IDS Center
    80 South 8th Street
    Minneapolis, MN 55402
    Telephone: (612) 341-0400
    brian.gudmundson@zimmreed.com
    michael.laird@zimmreed.com

Gary F. Lynch
**CARLSON LYNCH LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Direct:  412.253.6307
Office:  412.322.9243
glynch@carlsonlynch.com


Arthur M. Murray
Caroline T. White
**MURRAY LAW FIRM**
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
Telephone: (504) 593-6473
amurray@murray-lawfirm.com
cthomas@murray-lawfirm.com

Joseph P. Guglielmo
Erin G. Comite
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone:  (212) 223-6444
jguglielmo@scott-scott.com
ecomite@scott-scott.com

**ATTORNEYS FOR PLAINTIFF**